# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Reginald L. Jannson,                                    Civil No. 13-0104 (MJD/TNL)

        Plaintiff,

v.                                                         **ORDER**

Carolyn W. Colvin,
*Acting Commissioner of Social Security*,

        Defendant.

---

Gary A. Ficek, Attorney at Law, 15 Broadway, Suite 301, Fargo, ND 58102 (for Plaintiff);

Ann M. Bildtsen, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 4, 2014 (Docket No. 18), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 11) is **DENIED**, Defendant's Motion for Summary Judgment (Docket No. 13) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date:  February 20, 2014              s/Michael J. Davis
                                     The Honorable Chief Judge Michael J. Davis
                                     United States District Court Judge
                                     for the District of Minnesota